IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARIO AGUILAR-MENDOZA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-188-JHH-TMP |
| ) | |
| WARDEN JOHN RATHMAN, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

On July 1, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of this Order to the petitioner and to counsel for the Government.

**DONE** this the   23rd   day of July, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE